```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11   GEORGE EDWARD FORD II,       )    NO. CV 10-3191-MMM(E)
                                  )
12             Petitioner,        )
                                  )    ORDER ADOPTING FINDINGS,
13        v.                      )
                                  )    CONCLUSIONS AND RECOMMENDATIONS
14   DOMINGO URIBE JR.,           )
                                  )    OF UNITED STATES MAGISTRATE JUDGE
15             Respondent.        )
                                  )
16   _____)
17
```

18       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19  Petition, all of the records herein and the attached Report and
20  Recommendation of United States Magistrate Judge.  The Court approves
21  and adopts the Magistrate Judge's Report and Recommendation.
22
23       IT IS ORDERED that Judgment be entered denying and dismissing the
24  Petition with prejudice.
25  ///
26  ///
27  ///
28  ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner, and counsel for
4 Respondent.

6    LET JUDGMENT BE ENTERED ACCORDINGLY.

8      DATED: March 31, 2011

11  _____
    MARGARET M. MORROW
12  UNITED STATES DISTRICT JUDGE