JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE EDWARD FORD II, | ) | NO. CV 10-3191-MMM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DOMINGO URIBE JR., | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 31, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE